

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of J.E.T. an Z.D.T, children,

No. 11-18-00350-CV

* From the 446th District Court
  of Ector County
  Trial Court No. E-16-057-PC.

* June 6, 2019

* Memorandum Opinion by Wright, S.C.J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J., sitting
  by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.